```
 1 | David J. Weiland          #160447
   | DOWLING, AARON & KEELER, INC.
 2 | 6051 North Fresno Street, Suite 200
   | Fresno, California 93710
 3 | Tel: (559) 432-4500
   | Fax: (559) 432-4590
 4 |
 5 | Attorneys for Defendants AGEE CONSTRUCTION CORPORATION and SAFECO
   | INSURANCE COMPANY
 6 |
 7 |
 8 |
 9 |                         UNITED STATES DISTRICT COURT
   |
   |                         EASTERN DISTRICT OF CALIFORNIA
10 |
11 | UNITED STATES OF AMERICA, for  ) Case No.: CIV F-99-5984 MDC SMS
   | the use and benefit of R. L.   )
12 | SCHAFER & ASSOCIATES,          ) STIPULATION AND ORDER TO CONTINUE
   |                                ) PLAINTIFF'S MOTION TO AMEND
13 |              Plaintiff,        ) FINDINGS OF FACT; CONCLUSIONS OF
   |                                ) LAW; AND JUDGMENT
14 |     v.                         )
   |                                )
15 | AGEE CONSTRUCTION CORPORATION, )
   | SAFECO INSURANCE COMPANY, et   ) NEW DATE: September 10, 2001
16 | al.,                           ) TIME:     9:00 a.m.
   |                                ) Hearing Before: Judge Crocker
17 |              Defendants.       )
18 |
```

LODGED
AUG 7 2001
CLERK U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
   DEPUTY CLERK

19      The parties hereto, by and through their respective
20 counsel, hereby stipulate that good cause exists to move
21 Plaintiff's Motion to Amend Findings of Fact; Conclusions of Law;
22 and Judgment previously set for August 20, 2001 at 9:00 a.m. to
23 September 10, 2001 at 9:00 a.m., in the above-entitled action.
24 More specifically, change of the date is based on the following
25 considerations:
26      Defendants AGEE CONSTRUCTION CORPORATION and SAFECO
27 INSURANCE COMPANY will be filing a MOTION FOR AWARD OF ATTORNEYS'
28 FEES AND RELATED EXPENSES which is scheduled to be heard on

1 | September 10, 2001 at 9:00 a.m.  It is a time saving measure for
2 | both the court as well as all parties.
3 |     This stipulation may be signed in counterparts.
4 | Dated: August 2, 2001.

DOWLING, AARON & KEELER, INC.

_____
DAVID J. WEILAND, Attorneys for
AGEE CONSTRUCTION CORPORATION AND
SAFECO INSURANCE COMPANY

Dated: August 6, 2001.

BOURDETTE & PARTNERS

_____
Andre P. Gaston
Attorney for Plaintiff

**ORDER**

IT IS HEREBY ORDERED.

_____
U.S. DISTRICT COURT JUDGE
M.D. CROCKER    8-13-01

8906\02\692B1685.DJW.wpd

DOWLING, AARON & KEELER
INCORPORATED
6051 NORTH FRESNO ST.
FRESNO, CALIFORNIA
93710

2

STIPULATION AND ORDER TO CONTINUE PLAINTIFF'S MOTION TO AMEND
FINDINGS OF FACT; CONCLUSIONS OF LAW; AND JUDGMENT

```
              United States District Court
                       for the
              Eastern District of California
                     August 13, 2001
```

* * CERTIFICATE OF SERVICE * *

                                              1:99-cv-05984

Schafer

   v.

Agee Construction

---

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on August 13, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

```
    Philip C Bourdette                    MDC         SMS
    Bourdette and Partners
    2924 W Main Street
    Visalia, CA   93291

    David John Weiland
    Dowling Aaron and Keeler
    6051 North Fresno Street
    Suite 200
    Fresno, CA   93710
```

                                         Jack L. Wagner, Clerk

                                         BY: _____
                                             Deputy Clerk