```
 1  David J. Weiland          #160447
    DOWLING, AARON & KEELER, INC.
 2  6051 North Fresno Street, Suite 200
    Fresno, California 93710
 3  Tel: (559) 432-4500
    Fax: (559) 432-4590
 4

 5  Attorneys for Defendants AGEE CONSTRUCTION CORPORATION and SAFECO
    INSURANCE COMPANY
 6

 7

 8                       UNITED STATES DISTRICT COURT

 9                       EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA, for )  Case No.: CIV F-99-5984 OWW SMS
    the use and benefit of R. L.  )
12  SCHAFER & ASSOCIATES,         )
                                  )  ORDER DENYING PLAINTIFF'S
13              Plaintiff,        )  MOTION TO AMEND FINDINGS OF
                                  )  FACT, CONCLUSIONS OF LAW, AND
14       v.                       )  JUDGMENT; AND AWARDING
                                  )  ATTORNEY'S FEES TO AGEE
15  AGEE CONSTRUCTION CORPORATION,)  CONSTRUCTION CORPORATION AND
    SAFECO INSURANCE COMPANY, et  )  SAFECO INSURANCE COMPANY
16  al.,                          )
                                  )
17              Defendants.       )
    _____)
18

19

20       On September 10, 2001, R. L. SCHAFER & ASSOCIATES

21  ("Plaintiff") brought before this court a motion to amend the

22  court's Findings of Fact, Conclusions of Law, and Judgment. At the

23  same time, AGEE CONSTRUCTION CORPORATION and SAFECO INSURANCE

24  COMPANY ("Defendants") brought before this court their Motion For

25  Award Of Attorneys' Fees in the amount of $49,865.10, and costs in

26  the amount of $3,427.45.  Plaintiff was represented by Andre P.

27  Gaston of the firm of Bourdette & Partners.  Defendants were

28  represented by David J. Weiland of the firm of Dowling, Aaron &
```

DOWLING, AARON
& KEELER
INCORPORATED
6051 NORTH FRESNO ST.
FRESNO, CALIFORNIA
93710

ORDER DENYING PLAINTIFF'S MOTION TO AMEND FINDINGS OF FACT, CONCLUSIONS OF
LAW, AND JUDGMENT; AND AWARDING ATTORNEY'S FEES TO AGEE CONST. CORP., et al

1  Keeler, Inc. The parties having thoroughly briefed their
2  respective motions, having provided oral argument at the hearing,
3  and good cause appearing therefore:
4      IT IS HEREBY ORDERED that Plaintiff's motion to amend the
5  Findings of Fact, Conclusions of Law, and Judgment is DENIED, and
6  Defendants' Motion For Award Of Attorneys' Fees in the amount of
7  $49,865.10 and costs in the amount of $1,103.15 is GRANTED. The
8  total fees and costs are subject to an offset in the amount of
9  $15,804.76. Plaintiff is ordered to pay to Defendant the sum of
10 $35,163.49, on or before 30 days from the date of this Order.

12 DATED: October 29th, 2001

13                                                M. D. Crocker
14                                                M. D. CROCKER
                                               Senior United States
                                               District Judge

28 8906\02\Order re Atty Fees.wpd

DOWLING, AARON & KEELER INCORPORATED
6051 NORTH FRESNO ST.
FRESNO, CALIFORNIA
93710

ORDER DENYING PLAINTIFF'S MOTION TO AMEND FINDINGS OF FACT, CONCLUSIONS OF
LAW, AND JUDGMENT; AND AWARDING ATTORNEY'S FEES TO AGEE CONST. CORP., et al

United States District Court
for the
Eastern District of California
October 30, 2001


* * CERTIFICATE OF SERVICE * *

1:99-cv-05984


Schafer

   v.

Agee Construction

------------------------------

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on October 30, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

OWW SMS

    Philip C Bourdette
    Bourdette and Partners
    2924 W Main Street
    Visalia, CA  93291

    David John Weiland
    Dowling Aaron and Keeler
    6051 North Fresno Street
    Suite 200
    Fresno, CA  93710


Jack L. Wagner, Clerk

BY: _____
      Deputy Clerk