UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

AT FRESNO

| | |
|---|---|
| R. L. Schafer & Associates<br>　　　Plaintiff, | Case No. CIV-F-99-5984 MDC/SMS<br><br>ORDER SETTING APPEAL BOND<br>(FRAP Rule 7) |
| vs. | |
| Agee Construction Corp., Safeco<br>Insurance Co., et al.<br>　　　Defendant. | |

TO: APPELLANT, R. L. Schafer & Associates:

IT IS HEREBY ORDERED that an appeal bond in the above-entitled matter is hereby ordered in the amount of

$ 44,000.00

due and payable to this court within 14 days from the date of this order (see Federal Rules of Appellate Procedure Rule 7).

NOTE: Appellant is directed to return a copy of this order to the office of the clerk with their payment.

DATED: December 10th, 2001

_M. D. Crocker_
UNITED STATES DISTRICT JUDGE

☐ Copy to Financial Clerk, Fresno

rcf

United States District Court
for the
Eastern District of California
December 10, 2001

\* \* CERTIFICATE OF SERVICE \* \*

1:99-cv-05984

Schafer

   v.

Agee Construction

_____

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Eastern District of California.

That on December 10, 2001, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office, or, pursuant to prior authorization by counsel, via facsimile.

    Philip C Bourdette                MDC SMS
    Bourdette and Partners
    2924 W Main Street
    Visalia, CA   93291

    David John Weiland
    Dowling Aaron and Keeler
    6051 North Fresno Street
    Suite 200
    Fresno, CA   93710

                                                  Jack L. Wagner, Clerk

                                                  BY: _____
                                                       Deputy Clerk